BALDWINSVILLE FEDERAL SAVINGS AND LOAN ASSOCIATION, Respondent, v. FRANK B. SPENGLER, Respondent, NORMA W. STEBBINS and Another, Defendants, and GEORGE P. SAVAGE, Appellant.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. All concur. (The portion of the order appealed from directs that the receiver in a mortgage foreclosure pay the balance of surplus moneys in his hands to defendant Spengler, or his attorneys.) Present — Crosby, P. J., Taylor, Dowling, Harris and McCurn, JJ.

FIRST INTERNATIONAL PICTURES, INC., Respondent, v. F. C. PICTURES CORPORATION and CHARLES H. TARBOX, Appellants.— Order affirmed, without costs of this appeal to either party. All concur. (The order grants plaintiff's motion to correct a verdict by adding interest; in an action for damages for breach of a written contract.) Present — Crosby, P. J., Taylor, Dowling, Harris and McCurn, JJ.

JAMES O'FLYNN, a Taxpayer, etc., Plaintiff, ROCHESTER GAS AND ELECTRIC CORPORATION, DESPATCH SHOPS, INC., FRANK FLIERL, Intervenors, Appellants, v. VILLAGE OF EAST ROCHESTER and Others, Respondents.— Motions for reargument denied; motions for leave to appeal to the Court of Appeals denied. Present — Crosby, P. J., Cunningham, Taylor, Dowling and Harris, JJ.

EDITH AMO, as Administratrix, etc., of CHARLES G. AMO, Deceased, Appellant, v. WILLIAM J. LEONARD, Respondent.— Motion to reopen and reargue former appeal denied, without costs. Memorandum: On this motion to reopen and reargue a former appeal in this case, nothing new is shown to cause us to change our former decision. The refusal of the surrogate to accept the law as laid down by this court is the only fact offered in support of this motion. The surrogate is not a party to the present action and no proceeding is yet pending before this court to compel the surrogate to make and enter an order from which an appeal can be taken. Present — Crosby, P. J., Cunningham, Taylor, Dowling and Harris, JJ. [See 262 App. Div. 467.]

In the Matter of the Estate of GEORGE M. FISHER, Deceased.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Crosby, P. J., Cunningham, Taylor and McCurn, JJ.

JOHN R. WEBSTER and Others, Appellants, v. GEORGE H. LONGSTAFF, Respondent.— Motion for reargument or, in the alternative, to amend the order entered January 14, 1942 [ante, p. 930], denied. Present — Crosby, P. J., Cunningham, Taylor, Dowling and McCurn, JJ.

In the Matter of the Probate of the Last Will and Testament of CHARLES G. HARDIE, Deceased.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Crosby, P. J., Cunningham, Taylor, Harris and McCurn, JJ.

HARRY Z. HARRIS and HARRY D. GOLDMAN, Appellants, v. GENERAL MOTORS CORPORATION and Others, Respondents.—Motion for leave to appeal to the Court of Appeals granted and questions for review certified. Present — Crosby, P. J., Cunningham, Taylor, Dowling and McCurn, JJ.

FRANK GUILIANO, Appellant, v. UNITED STATES GYPSUM COMPANY, Respondent. ERNEST CAPONE, Appellant, v. UNITED STATES GYPSUM COMPANY, Respondent. ANTONIO GEORGE, Appellant, v. UNITED STATES GYPSUM COMPANY, Respondent.— Motion for reargument denied, with ten dollars costs; motion for leave to appeal to the Court of Appeals denied. Present — Crosby, P. J., Cunningham, Taylor, Harris and McCurn, JJ.